**Opinion issued November 7, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00192-CR**

———————————

**JACOB REASHAW HERNDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 5**
**Harris County, Texas**
**Trial Court Case No. 2410721**

---

**MEMORANDUM OPINION**

After a jury trial, appellant Jacob Reashaw Herndon was convicted of the Class B misdemeanor offense of criminal trespass and was sentenced to 180 days in the county jail. Appellant filed a pro se notice of appeal and filed a document purporting to request that he be allowed to proceed without payment of fees or costs.

The reporter's record was not filed and the court reporter advised this Court that appellant had not made payment arrangements for the filing of the reporter's record. On August 3, 2023, this Court issued an order abating the appeal and remanding to the trial court for a hearing to determine if appellant no longer wished to proceed with his appeal, or if he did, whether he was indigent and entitled to appointment of counsel and an appellate record at no cost.

A supplemental reporter's record was filed on August 22, 2023 and a supplemental clerk's record was filed on August 30, 2023. These records indicate that appellant was notified of the hearing in the trial court set for August 11, 2023 by email and by certified mail, return receipt requested. Appellant failed to appear at the hearing. The trial court determined that appellant no longer wished to proceed with his appeal.

On the basis of the trial court's finding, this Court has considered the appeal without briefs. *See* TEX. R. APP. P. 38.8(b). Moreover, the case is before this Court without a reporter's record. We find no fundamental error.

Accordingly, we affirm the judgment of the trial court.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).